ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WALL009, LLC | § | Case no.21-32191 -11 |
| DEBTOR | § | |

DECLARATION OF TIM BARTON CONCERNING 11 U.S.C. 1116(B)(1) STATEMENT

My name is Tim Barton. I submit this Declaration in support of the Debtor's Statement Pursuant to 11 U.S.C. 1116(b)(1). I am over the age of 21 years and of sound mind. I have personal knowledge of all facts set forth herein, and they are true and correct.

I am the president ofWALL009, LLC ("Debtor").

The Debtor currently does not maintain or prepare any Balance Sheets, Statement of Operations or Cash Flow Statements.

______________________
Tim Barton

SWORN AND SUBSCRIBED to before me the undersigned authority on this the 15 day of December, 2021.

______________________
Notary Public

NOTARY PUBLIC STATE OF TEXAS
Bella D Khusal
My Commission Expires
09/24/2022
ID No. 131734480