Richard W. Ward
6860 N. Dallas Parkway
Suite 200
Plano, TX 75024
Telephone: 214-220-2402
Attorney for Liberty Bankers Life
Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In Re: WALL009, LLC
Debtor Case No. 21-32191-11

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Richard W. Ward files this Notice of Appearance and Request of Service of Pleadings as counsel for Liberty Bankers Life Insurance Company in the above referenced case pursuant to Bankruptcy Rules of Procedure 2002, 3017 and 9010 and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be sent to it at the following address:

Richard W. Ward
6860 N. Dallas Parkway
Suite 200
Plano, TX 75024
Telephone: 214-220-2402
Fax: 972-630-4850
Email: rwward@airmail.net

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices of papers referred to in the Bankruptcy Rules including, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, filed in the case.

Respectfully submitted,

/s/ Richard W. Ward
Richard W. Ward
Texas Bar No. 20846350
6860 N. Dallas Parkway
Suite 200
Plano, TX 75024
Telephone: 214-220-2402
Fax: 972-630-4850
ATTORNEY FOR LIBERTY BANKERS
LIFE INSURANCE COMPANY