CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 29, 2021**

**United States Bankruptcy Judge**

---

BTXN 060 (rev. 10/19)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| WALL009, LLC | § | Case No.: 21−32191−hdh11 |
| | § | Chapter No.: 11 |
| Debtor(s) | § | |

**ORDER DISMISSING CASE**

**The Debtor(s), having been given notice that this case would be dismissed upon the failure to timely file:**

- ☐ Pay the required filing fee in installments as directed in the Order regarding the Application to Pay Filing Fee in Installments, or Order denying/revoking the Application for Waiver of the Chapter 7 Filing Fee.
- ☐ List of creditors required to be filed with the petition by N.D.TX L.B.R. 1007−1(a) **within 48 hours** from the issuance of the Notice of Deficiency
- ☑ Schedules A/B, D−H pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition
- ☐ Declaration About an Individual Debtor's Schedules (Official Form 106Dec) **within 14 days** of the date of the filing of the petition.
- ☑ Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202) **within 14 days** of the date of the filing of the petition.
- ☑ Statement of Financial Affairs pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition

- ☐ Plan/Plan Summary pursuant to Fed. R. Bankr. P. 3015 **within 14 days** of the filing of the Petition
- ☐ List of twenty largest unsecured creditors **within 48 hours** of the date of the filing of the Petition
- ☐ Social Security/Tax ID number **within 48 hours** from the issuance of the Notice of Deficiency
- ☐ Form 121 **within 48 hours** of the date of the Petition
- ☑ Summary of Assets and Liabilities (Official Form 106Sum/206Sum) **within 14 days** of the date of the filing of the Petition
- ☐ A complete original petition was not filed **within 3 days** from the issuance of the Notice of Deficiency
- ☐ Certificate of completion from an approved credit counseling course completed **within 180 days** of the date of the filing of the Petition
- ☐ Copies of employee income records **within 14 days** of the date of the filing of the Petition
- ☐ Statement of Current Monthly Income **within 14 days** of the date of the filing of the Petition
- ☐ Chapter 15 Service List **within 14 days** of the date of the filing of the Petition
- ☐ Cash Flow Statement **within 7 days** of the date of the filing of the Petition
- ☐ Balance Sheet **within 7 days** of the date of the filing of the Petition
- ☐ Statement of Operations **within 7 days** of the date of the filing of the Petition
- ☐ All required documents pursuant to 11 U.S.C. § 521 **within 45 days** of the filing of the Petition
- ☐ Other:

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that this Order shall not be deemed a bar to refiling under 11 U.S.C. §109(g).

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re:
WALL009, LLC
Debtor

Case No. 21-32191-hdh
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: admin Page 1 of 2
Date Rcvd: Dec 29, 2021 Form ID: pdf022 Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL009, LLC, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| 19558170 | + | City of Venus, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |
| 19557424 | + | HR Sterling, 13901 Midway Raod, Suite 102, Dallas, TX 75244-4388 |
| 19558171 | + | Johnson County, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |
| 19557425 | + | Liberty Bankers Life Insurance, 1605 LBJ Freeway, Suite 700, Dallas, TX 75234-6099 |
| 19557426 | + | Southern Star Capital, 5220 Spring Valley Road, Suite 602, Dallas, TX 75254-1952 |
| 19557427 | + | Steptoe & Johnson, 1603 LBJ Freeway, Suite 280, Dallas, TX 75234-6001 |
| 19557428 | + | Vance McMurry, 508 Lookout Drive, Suite 14-74, Richardson, TX 75080-2176 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19560801 | + | Email/Text: dallas.bankruptcy@LGBS.com | Dec 29 2021 20:57:00 | Venus ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A. Spindler, 2777 N. Stemmons Fwy. Ste. 1000, Dallas, TX 75207-2328 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:**

**Name** **Email Address**

| | |
|---|---|
| Eboney D. Cobb | on behalf of Creditor City of Venus ecobb@pbfcm.com ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Eboney D. Cobb | on behalf of Creditor Johnson County ecobb@pbfcm.com ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Eric A. Liepins | on behalf of Debtor WALL009 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Laurie A. Spindler | on behalf of Creditor Venus ISD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Richard W. Ward | on behalf of Creditor Liberty Bankers Life Insurance Company rwward@airmail.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 6